TO BE PUBLISHED

# Supreme Court of Kentucky

2023-SC-0084-KB
2023-SC-0085-KB

KENTUCKY BAR ASSOCIATION                                              MOVANT

V.                                    IN SUPREME COURT

DAVID CURLIN                                              RESPONDENT

## ORDER

IT IS HEREBY ORDERED that this Court's Opinion and Order Indefinitely Suspending David Curlin pursuant to SCR 3.167(1), entered on September 29, 2023, is set aside. Within 45 days of the entry of this Order, Curlin shall file with this Court an affidavit from his treatment provider showing proof that he is currently receiving all recommended and appropriate treatment for attention deficit hyperactivity disorder. This affidavit may be filed under seal. Failure to file said affidavit will result in an immediate indefinite suspension. All pending disciplinary actions against David Curlin shall continue and proceed pursuant to SCR 3.160, et seq.

All sitting. All concur.

ENTERED: January 12, 2024.

_____
CHIEF JUSTICE